ARTHUR W. CLAYTON v. THE BOARD OF CHOSEN FREE-
HOLDERS OF HUDSON COUNTY.

A writ of *certiorari*, bringing into court the appointing body alone, is not a
lawful mode of trying the title of the appointee to a public office
which he has actually assumed.

On *certiorari*.

Argued at June Term, 1897, before Justices DIXON and
LUDLOW.

For the prosecutor, *Leon Abbett* and *Flavel McGee*.

For the defendants, *Allan L. McDermott* and *Charles L.
Corbin*.

The opinion of the court was delivered by

DIXON, J.   This *certiorari* brings up the following reso-
lutions adopted by the board of chosen freeholders of Hudson
county, on December 30th, 1896 :

"*Resolved,* That for the causes aforesaid, the director of
this board be and he hereby is removed and amoved from the
office or position of director of this board, and that the said
office or position be and the same hereby is declared and made
vacant, and that this resolution shall take effect immediately;
and

"*Resolved,* That William Green, a member of this board,
be and he hereby is appointed and elected director of this
board, this resolution to take effect immediately."

The chief function of the director of the board is to pre-
side at its meetings.

Between the passage of the first and that of the second
of these resolutions there was no longer interval than the time
required to vote upon the first, and immediately thereafter
Mr. Green took the oath of office, and Mr. Clayton left and

Mr. Green assumed the chair as presiding officer of the board. It also appears that when this writ of *certiorari* was issued, Mr. Green was the actual incumbent of the office of director. He is not a party to the present proceedings.

Under these circumstances, the real question for decision obviously is, whether the prosecutor of this *certiorari* or the actual incumbent of the office is legally entitled to the office of director.

The proper mode of raising such a question is by *quo warranto* proceedings against the incumbent, and not by *certiorari* to the body which appointed him. *Haines* v. *Freeholders of Camden,* 18 *Vroom* 454; *Simon* v. *Hoboken,* 23 *Id.* 367; *Roberson* v. *Bayonne,* 29 *Id.* 325.

The writ must be dismissed, but without costs.